```
                                              FILED            RECEIVED
                                              ENTERED          SERVED ON
                                                    COUNSEL/PARTIES OF RECORD

                                                    JAN - 4 2021

                                              CLERK US DISTRICT COURT
                                                DISTRICT OF NEVADA
                                          BY:                         DEPUTY
```

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Las Vegas, Nevada 89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:20-cr-00280-GMN-VCF |
| Plaintiff, | ) |
| | ) Motion to Unseal Indictment |
| vs. | ) |
| | ) |
| ANTHONY JACKSON, | ) |
| | ) |
| Defendant. | ) |

On December 29, 2020, the defendant made his initial appearance in this District. During the proceeding, the Government did not move the Court to unseal the indictment and it remains sealed. Since the defendant has made his initial appearance, the need to

1  keep the indictment sealed has expired. Therefore, the Government moves to unseal the

2  indictment in the above captioned matter.

3  DATED this 31st day of December 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By _____
BRIAN WHANG for CHRISTOPHER LIN
ASSISTANT UNITED STATES ATTORNEY

Attorneys for Plaintiff
UNITED STATES OF AMERICA

11  The Government's Motion to Unseal the indictment is hereby  GRANTED  .

12  SO ORDERED:

_____
United States Magistrate Judge

Dated this 6th day of January, 2021.

2