NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Las Vegas, Nevada 89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JACKSON,<br><br>Defendant. | Case No.: 2:20-cr-00280-GMN-VCF<br><br>**Stipulation for a Protective Order** |

The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the public, or any third party not directly related to this case, information relating to the personal identifying information of civilian witnesses, and still and video images of the civilian witnesses captured by Las Vegas Metropolitan Police Department body worn cameras (BWC).

1. The parties request this Court make the following Orders:

   a. the defense and the defendant shall not duplicate the BWC video provided in discovery for the purpose of providing it to any person unrelated to the

1

defense in this case;

b. the defense and the defendant shall not upload any images from the BWC video to the internet for any purpose unrelated to the defense of this case;

c. the defense and the defendant shall not provide the BWC video to any person unrelated to the defense in this case;

d. that any person to whom disclosure may be made pursuant to this Order is informed of the existence and terms of this Court's Order; and

e. that nothing in this stipulation is intended to restrict the parties' use or introduction of the documentary disclosure as evidence at trial, if admissible; or support in motion practice.

2. The defense and the defendant hereby stipulates to this Order.

Dated: January 29, 2021

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Christopher Lin
CHRISTOPHER LIN
Assistant United States Attorney

/s/ Robert O'Brien
Robert O'Brien, Esq.
Counsel for Defendant

SO ORDERED:

_____     2-1-2021
HONORABLE CAM FERENBACH             Dated
UNITED STATES MAGISTRATE JUDGE