RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Anthony Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY JACKSON,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00280-GMN-VCF-1<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Anthony Jackson, that the Change of Plea Hearing currently scheduled on March 9, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than March 10, 2022.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Undersigned counsel will be serving as faculty at the Montana Association for Criminal Defense Lawyers and Federal Defenders of Montana Conference on March 9 – 11, 2022 in Pray, Montana.

2. Counsel will also be serving as faculty at the Administrative Office of United States Courts' Trial Skills Workshop in San Diego, California on April 7 – 9, 2022.

3. Counsel requests that the Change of Plea date be rescheduled to dates other than those listed above.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 23rd day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ LaRonda R. Martin<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY JACKSON,<br><br>　　　　Defendant. | Case No. 2:20-cr-00280-GMN-VCF-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday March 9, 2022 at 9:00 a.m., be vacated and continued to  April 27, 2022  at the hour of 10:00 a.m.

　　DATED this  24  day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3