RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Anthony Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY JACKSON,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Anthony Jackson, that the Sentencing Hearing currently scheduled on October 7, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than January 16, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to gather mitigation and prepare for sentencing.

2. Defendant Jackson is enrolled in the GO FURTHER program at the Southern Detention Center, Pahrump Nevada. Ms. McCollough, a detention officer working with the program, advised:

    a. It is a re-entry program that teaches participants how to re-enter society and how to adjust their thinking patterns.

    b. The program is a four-month program.

    c. Mr. Jackson is approximately half-way through the program.

    d. It is taking her time to get the materials for the program.

    e. Mr. Jackson will be complete with the program by January 2023.

    f. More importantly, she advises that it is an actual program that the Bureau of Prisons considers true programming and thus, will count towards his classification status.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 26th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ LaRonda R. Martin<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY JACKSON,<br><br>    Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, October 7, 2022 at 9:00 a.m., be vacated and continued to January 24, 2023 at the hour of 10:00 a.m.

   DATED this 26 day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE