RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Anthony Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY JACKSON,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Anthony Jackson, that the Sentencing Hearing currently scheduled on January 31, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Multiple family members arrived in the District of Nevada to support Anthony Jackson at the sentencing hearing scheduled for January 24, 2023.

　　　　2.　　The Court rescheduled the sentencing hearing on January 20, 2023.

3. Mr. Jackson's family is unable to remain in the district until the next sentencing hearing, January 31, 2023.

4. Defense counsel requests the sentencing hearing be rescheduled to provide additional time for long distance family members to a) obtain permission from their employers to take leave and b) make travel and housing arrangements. The family would like to participate in and support Anthony Jackson at the next sentencing hearing.

5. The defendant is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 27th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ LaRonda R. Martin*<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY JACKSON,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, January 31, 2023 at 10:00 a.m., be vacated and continued to  March 1, 2023  at the hour of 11:00 a.m.

　　　DATED this  30  day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE,