RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Anthony Jackson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00280-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| ANTHONY JACKSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Anthony Jackson, that the Revocation Hearing currently scheduled on June 3, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     An initial appearance was held on May 13, 2025.[1]

---

[1] ECF. 63.

2.      A waiver of the preliminary hearing was filed on May 20, 2025.[2]

3.      Defendant Jackson has multiple cases pending in both state and federal court.

4.      In Nevada state case number 25-CR-029000, Mr. Jackson is charged with three counts of Discharge Gun within Structure/Vehicle within Prohibited Area, one count of Own/Possession of a Gun by Prohibited Person, two counts of Discharge Gun At/Into Occupied Structure/Vehicle/Watercraft, and two counts of Assault with Deadly Weapon.

5.      Defendant Jackson is also charged in a new federal indictment in case number 2:25-CR-112-GMN.[3]  In the federal case, he is charged with Felon in Possession of a Firearm.[4]

6.      The herein Petition is premised on these law violations and cases.

7.      Counsel needs additional time to investigate these cases, interview witnesses, gather mitigation, and prepare this case for the revocation hearing.

8.      The defendant is in custody and agrees with the need for the continuance.

9.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 21st day of May, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

---

[2] ECF. 65.

[3] ECF. 1, 2:25-CR-112-APG-EJY

[4] *Id.*

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00280-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY JACKSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 3, 2025 at 10:00 a.m., be vacated and continued to ___August 18, 2025___ at the hour of 11:00 a.m.

DATED this _27_ day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE

3