RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Anthony Jackson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>ANTHONY JACKSON,<br><br>        Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Anthony Jackson, that the Revocation Hearing currently scheduled on August 18, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

     This Stipulation is entered into for the following reasons:

     1.    Counsel Martin was hospitalized at Summerlin Hospital on July 22, 2025. She has since been released.

     2.    Counsel Martin is currently on medical leave and will be for 60 days.

3. Counsel Martin would like to maintain continuity of representation with Mr. Jackson and handle his case upon her return.

4. The violations in the instant case are premised on the conduct charged in Mr. Jackson's new federal case in 2:25-cr-112-APG-EJY.

5. The maximum punishment in the new case is fifteen years. The government is seeking the maximum punishment in the new case.

6. The defendant and undersigned counsel will need time to prepare for both the final supervised release revocation hearing and the disposition of the new charges upon undersigned counsel's return to duty.

7. The defendant is in custody and agrees with the need for the continuance.

8. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 30th day of July, 2025.

RENE L. VALLADARES  
Federal Public Defender

SIGAL CHATTAH  
United States Attorney

By /s/ LaRonda Martin  
LARONDA MARTIN  
Assistant Federal Public Defender

By /s/ Joshua Brister  
JOSHUA BRISTER  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY JACKSON,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 18, 2025 at 11:00 a.m., be vacated and continued to November 18, 2025 at the hour of 9;00 a.m.

　　　DATED this 30 day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE