RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Anthony Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY JACKSON,<br>Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Anthony Jackson, that the Revocation Hearing currently scheduled on November 18, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defendant Jackson has multiple cases pending in both state and federal court

2. In Nevada state case number 25-CR-029000, Mr. Jackson is charged with three counts of Discharge Gun within Structure/Vehicle within Prohibited Area, one count of

Own/Possession of a Gun by Prohibited Person, two counts of Discharge Gun At/Into Occupied Structure/Vehicle/Watercraft, and two counts of Assault with Deadly Weapon.

3. Defendant Jackson is also charged in a new federal indictment in case number 2:25-CR-112-APG.[1] In the federal case, he is charged with Felon in Possession of a Firearm.[2]

4. The violations in the instant case are premised on the conduct charged in Mr. Jackson's state case and the new federal case in 2:25-cr-112-APG-EJY.

5. Both state and federal indictments are still pending.

6. The maximum punishment in the new federal case is fifteen years. The government is seeking the maximum punishment in the new case.

7. On November 13, 2025, additional discovery, relating to the pending cases, was provided to defense counsel.

8. The defendant and his assigned counsel will need time to review and investigate the evidence in the discovery.

9. The defendant is in custody and agrees with the need for the continuance.

10. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 13th day of November, 2025.

RENE L. VALLADARES  
Federal Public Defender

By */s/ LaRonda Martin*  
LARONDA MARTIN  
Assistant Federal Public Defender

SIGAL CHATTAH  
Acting United States Attorney

By */s/ Joshua Brister*  
JOSHUA BRISTER  
Assistant United States Attorney

---

[1] ECF. 1, 2:25-CR-112-APG-EJY  
[2] *Id.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY JACKSON,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 18, 2025 at 9:00 a.m., be vacated and continued to  March 4, 2026   at the hour of 9:00 a.m.

　　　DATED this  13  day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3