**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY JACKSON,<br><br>Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 4, 2026 at 9:00 a.m., be vacated and continued to May 15, 2026 at the hour of 2:00 p.m.

DATED this 12 day of February 2026.

_____
UNITED STATES DISTRICT JUDGE

1