RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Anthony Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00280-GMN-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** (Fifth Request) |
| v. | |
| ANTHONY JACKSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Anthony Jackson, that the Revocation Hearing currently scheduled on May 15, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel was assigned to this case on February 6, 2026. Since then, she has met with Mr. Jackson twice. Additional time is needed to meet with Mr. Jackson regarding the discovery and the allegations contained in the petition

2.    The revocation petition alleges a new law violation which is currently pending before Judge Gordan in case number 2:25-cr-00112-APG-EJY. Defense counsel has requested a continuance in that case to allow her sufficient time to review the case with Mr. Jackson, investigate the allegations surrounding the allegation that the gun was used in connection with another offense, and prepare formal objections and a sentencing memorandum. The sentencing in that case will be contested.

3.    At this point, defense counsel cannot have Mr. Jackson resolve the revocation hearing until she has a better understanding of the facts and sentencing issues presented in the new case.

4.    The defendant is in custody and agrees with the need for the continuance.

5.    The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 22nd day of April 2026.

RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                        Acting Attorney General of the United States


By /s/ Raquel Lazo                              By /s/ Joshua Brister
RAQUEL LAZO                                 JOSHUA BRISTER
Assistant Federal Public Defender          Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

ANTHONY JACKSON,

       Defendant.

Case No. 2:20-cr-00280-GMN-VCF

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 15, 2026 at 9:00 a.m., be vacated and continued to ___9/23/2026___ at the hour of 9:00 a.m.

    DATED this __23__ day of April 2026.

_____
UNITED STATES DISTRICT JUDGE