RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Anthony Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY JACKSON,<br><br>Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, United States Attorney General, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Anthony Jackson, that the Revocation Hearing currently scheduled on September 23, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

This Stipulation is entered into for the following reasons:

1. As previously outlined in the last requested stipulation, the instant revocation petition alleges a new law violation which is currently pending before Judge Gordan. That case is currently scheduled for sentencing in late October. Defense counsel anticipates that the

hearing will need to be continued again to permit her sufficient time to prepare. The sentencing is contested and it is anticipated that the government will be requesting the statutory maximum sentence in that case.

2. The requested continuance will permit the sentencing hearing in the new case to proceed before resolving the instant revocation.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 11th day of September 2026.

RENE L. VALLADARES
Federal Public Defender

By /s/ Raquel Lazo
RAQUEL LAZO
Assistant Federal Public Defender

TODD BLANCHE
United States Attorney General

By /s/ Joshua Brister
JOSHUA BRISTER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY JACKSON,<br>Defendant. | Case No. 2:20-cr-00280-GMN-VCF<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 23, 2026 at 2:00 p.m., be vacated and continued to February 3, 2027 at the hour of 9:00 a.m.

DATED this 15 day of September 2026.

UNITED STATES DISTRICT JUDGE